IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DYSON, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | NO. 03-04944 |
| | : | |
| v. | : | |
| | : | |
| THE DISTRICT ATTORNEY OF THE | : | |
| COUNTY OF BUCKS, et al., | : | |
| | : | |
| Respondents. | : | |

**ORDER**

AND NOW, this 23rd day of July, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, the Respondents' Response to Petition for Writ of Habeas Corpus, and the Petitioner's Reply to Respondent's Response to Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkins, and Petitioner's Objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 shall be HELD IN ABEYANCE pending Petitioner's exhaustion of his claims in the Pennsylvania state courts.

3. Petitioner shall notify the court that the state court proceedings are concluded

and that the case is ready to proceed in this court within thirty (30) days of the conclusion of those proceedings.

BY THE COURT:

_____
JAMES T. GILES        J.