IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DYSON, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | NO. 03-04944 |
| | : | |
| v. | : | |
| | : | |
| THE DISTRICT ATTORNEY OF THE COUNTY OF BUCKS, et al., | : | |
| | : | |
| Respondents. | : | |

## ORDER

AND NOW, this 15th day of July, 2008, upon careful and independent consideration of Petitioner Joseph Dyson's Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, the Respondents' Response thereto, and subsequent pleadings, and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkins dated May 22, 2008, and Petitioner's Objections thereto, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED by this court as its own;

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is DENIED <u>with</u> <u>prejudice</u> and DISMISSED without an evidentiary hearing as it is legally meritless; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

S/ James T. Giles
J.